■ KONSTANTINOS TSOUKAS, Respondent, v MINAS TSOUKAS et al., Appellants. [2 NYS3d 359]—

In an action, inter alia, to recover damages for breach of fiduciary duty and waste of corporate assets, (1) the defendants appeal from an order of the Supreme Court, Richmond County (Fusco, J.), dated June 13, 2011, which denied their motion, among other things, for summary judgment dismissing the complaint, (2) the defendant Sotiros Tsoukas appeals from an order of the same court, also dated June 13, 2011, which denied his motion for leave to enter a default judgment on his counterclaims, and (3) the defendants appeal from an amended order of the same court dated April 20, 2012, which denied their motion, inter alia, to vacate the note of issue and the certificate of readiness.

Ordered that the appeals are dismissed, with costs.

The appeals from the order dated June 13, 2011, the second order dated June 13, 2011, and the amended order dated April 20, 2012, must be dismissed since the right of direct appeal therefrom terminated with the entry of judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeals from the orders are brought up for review and have been considered on the companion appeal from the amended judgment (*see* CPLR 5501 [a] [1]; *Matter of Tsoukas v Tsoukas*, 125 AD3d 872 [2015] [decided herewith]). Rivera, J.P., Hall, Cohen and Miller, JJ., concur.